Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Hollister Construction Services, LLC
Debtor

Case No.: 19−27439−MBK
Chapter 11

BAK Advisors, LLC as the Liquidating Trustee of
Hollister Construction Liquidating Trust
Plaintiff

v.

Accordia Harrison Urban Renewal, LLC
Defendant

Adv. Proc. No. 22−01276−MBK

Judge: Michael B. Kaplan

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on March 16, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19 − 15
CONSENT ORDER FOR THE ENTRY OF A JUDGMENT ON APRIL 16, 2023 SUBJECTION TO THE TERMS AND CONDITIONS SET FORTH HEREIN. (related document:15 Request to Enter Default Judgment filed by Plaintiff BAK Advisors, LLC as the Liquidating Trustee of Hollister Construction Liquidating Trust) . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. Signed on 3/16/2023. (wiq)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 16, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

BAK Advisors, LLC as the Liquidating Tru,
    Plaintiff

Accordia Harrison Urban Renewal, LLC,
    Defendant

Adv. Proc. No. 22-01276-MBK

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1
Date Rcvd: Mar 16, 2023     Form ID: orderntc     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Accordia Harrison Urban Renewal, LLC, c/o: Eastone Equities LLC, 1700 Broadway, Suite 1802, New York, NY 10019-7710 |
| pla | + | BAK Advisors, LLC as the Liquidating Trustee of Ho, 626 S. State Street, Newtown, PA 18940-1509 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2023 at the address(es) listed below:

**Name**      **Email Address**

Elizabeth K. Holdren
    on behalf of Defendant Accordia Harrison Urban Renewal  LLC eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Mitchell Malzberg
    on behalf of Plaintiff BAK Advisors  LLC as the Liquidating Trustee of Hollister Construction Liquidating Trust mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com

TOTAL: 2